1 | JOHN D. NIBBELIN, COUNTY COUNSEL (SBN 184603)
  | By: Gregory M. Yep, Deputy (SBN 326346)
2 | By: Lauren F. Carroll, Deputy (SBN 333446)
  | 500 County Center, 4th Floor
3 | Redwood City, CA  94063-1664
  | Telephone:  (650) 363-4787
4 | Facsimile:  (650) 363-4034
  | E-mail:  gyep@smcgov.org
5 | E-mail:  lcarroll@smcgov.org

7 | Attorneys for Defendants
  | COUNTY OF SAN MATEO et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| GEOFFREY BRADWAY, | Case No. 25-cv-06918-AGT |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND PLAINTIFF'S TIME TO FILE AN AMENDED COMPLAINT** |
| vs. | |
| COUNTY OF SAN MATEO; OWEN GRABAR; JOHN CARROLL; CHARLES TITUS; SEAN LUNDIN-WESTON; DAVID LOMU; LUIS RIOS; [FIRST NAME UNKNOWN] BRANDT; [FIRST NAME UNKNOWN] SOARES; GARRETT PENE, | THE HONORABLE ALEX G. TSE |
| Defendants | |

Case No. 25-cv-06918-AGT

STIPULATION AND [PROPOSED] ORDER TO EXTEND PLAINTIFF'S TIME TO FILE AN AMENDED COMPLAINT

1  Pursuant to Civil Local Rule 6-2, the Parties stipulate and hereby ask the Court to extend the
2  deadline for Plaintiff to file an amended complaint. In the Court's November 5, 2025, Order granting in
3  part and denying in part the Defendants' motion to dismiss, the Court ordered Plaintiff to file an amended
4  complaint by December 5, 2025. (Docket No. 23.) **The Parties stipulate to and request a two-week**
5  **extension of this deadline to December 19, 2025. The Parties also stipulate to and request an**
6  **extension of the Defendants' deadline to respond to January 9, 2026.** ~~2025.~~

7  In an effort to move the litigation forward, Counsel for Defendants have reviewed and produced
8  body-worn camera footage of the incident at issue. There is a significant volume of footage, and
9  Plaintiff's Counsel would like additional time to review it before filing any amended complaint.
10  Defendants' Counsel offered to stipulate to an extension because it was unable to get the footage to
11  Plaintiff's Counsel before Thanksgiving, and it will benefit all Parties and the Court to have more
12  informed pleadings. The Parties additionally stipulate to and request an extension of Defendants'
13  deadline to respond from 14 days to 21 days after service of the amended complaint (see F.R.C.P.
14  15(a)(3)) to account for the holidays, office closures, and planned and paid-for travel of counsel.

15  Previously, the Parties stipulated to extend Defendants' time to respond to the original Complaint
16  by one week. (Docket No. 11.) That is the only extension so far in this case. This requested extension
17  will not alter the date of any event or any deadline already fixed by Court order.

18  **IT IS SO STIPULATED.**

1  Dated: December 4, 2025                    Respectfully submitted,

2                                             JOHN D. NIBBELIN, COUNTY COUNSEL

4                                             By: _____
5                                                  Lauren F. Carroll, Deputy

6                                             Attorneys for Defendants
                                              COUNTY OF SAN MATEO

9  Dated: December 4, 2025                    By: _____
10                                                 Nicholas F. Scardigli

11                                            Attorney for Plaintiff
12                                            GEOFFREY BRADWAY

15         **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

17  DATED: 12/5/2025                          _____
18                                            Honorable Alex G. Tse
                                              United States District Judge

Case No. 25-cv-06918-AGT                 2
STIPULATION AND [PROPOSED] ORDER TO EXTEND PLAINTIFF'S TIME TO FILE AN AMENDED COMPLAINT